# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
CACI NSS, Inc. ) ASBCA No. 61449
)
Under Contract No. W52P1J-10-F-0009 )

APPEARANCE FOR THE APPELLANT: Gregg R. Nivala, Esq.
Vice President/Deputy General Counsel

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
Army Chief Trial Attorney
CPT John M. McAdams III, JA
Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: September 24, 2018

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61449, Appeal of CACI NSS, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals